**IN THE UNITED STATES BANKRUPTCY COURT FOR THE**
**EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| IN RE: | : CHAPTER 13 |
|  | : |
|  | : BANKRUPTCY NO. 20-13976 (PMM) |
| **CHAKA ASKIA ROGERS,** | : |
|  | : Hearing Date:  August 16, 2022 |
| Debtor. | : Hearing Time:  10:00 a.m. |
|  | : Hearing Place:  Courtroom No. 4 |

**ORDER GRANTING MOTION FOR RELIEF**
**FROM THE AUTOMATIC STAY**

AND NOW, this _____ day of _____, 2022, upon consideration of the Motion of Auto Trakk, LLC, as servicer for Lycoming Auto Trust ("Auto Trakk") for Relief from Automatic Stay Pursuant to 11 U.S.C. § 362(d) (the "Motion"), any objection thereto, and after sufficient notice and a hearing, and cause therefore having been demonstrated, it is hereby

ORDERED that the Motion is GRANTED in its entirety; and it is further

ORDERED that the automatic stay in the within bankruptcy proceeding is hereby lifted to permit Auto Trakk to proceed to exercise any and all rights it may have under any and all applicable laws with respect to Debtor Chaka Askia Rogers's 2010 Honda Acord Vehicle Identification Number 1HGCP2F43AA125831; and it is further

ORDERED that the Trustee shall authorize and direct Debtor to reimburse Auto Trakk for its counsel fees in the amount of $2,000.00; and it is further

ORDERED that the ten (10) day stay pursuant to Federal Rule of Bankruptcy Procedure 4001(a)(3) is waived and Auto Trakk may immediately proceed to exercise its state and contractual rights and remedies.

_____
Honorable Patricia M. Mayer
United States Bankruptcy Judge

cc:  Attached Service List

## SERVICE LIST

Mark S. Haltzman, Esquire
Eric B. Freedman, Esquire
SILVERANG ROSENZWEIG & HALTZMAN, LLC
Woodlands Center
900 East 8th Avenue, Suite 300
King of Prussia, PA 19406

Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

Scott F. Waterman, Esquire
Chapter 13 Trustee
2901 St. Lawrence Ave., Suite 100
Reading, PA  19606

Robert Joseph Kidwell, Esquire
Vincent Rubino, Esquire
Newman Williams
712 Monroe Street
Stroudsburg, PA 18360
570 421 9090

Chaka Askia Rogers
153 Linden Street
Allentown, PA 18101