IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
CHAKA ASKIA ROGERS,  :  CHAPTER 13
a/k/a CHAKA A. ROGERS,  :
a/k/a CHAKA ROGERS,  :  CASE NO.: 20-13976
a/k/a CHAKA A. ROGERS, SR.,  :
  Debtor  :

**ORDER GRANTING MOTION TO MODIFY PLAN**

AND NOW upon consideration of the Debtors' Motion to Modify the confirmed chapter 13 Plan (**doc. #74, the "Motion"**);

It is hereby **ordered** that

1) The Motion is **granted**; and

2) The Modified Plan (**doc. #76**) is approved.

Date:

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**