**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| CHAKA ASKIA ROGERS, | : | |
| a/k/a CHAKA A. ROGERS | : | CASE NO. 20-13976 |
| a/k/a CHAKA ROGERS, | : | |
| a/k/a CHAKA A. ROGERS, SR., | : | |
|     Debtor | : | |

**ORDER GRANTING SECOND APPLICATION**
**FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

AND NOW, upon consideration of the Application for Compensation and Reimbursement of Expenses, and after Notice to all creditors and parties in interest, it is hereby **ORDERED** that the Application for Compensation and Reimbursement of Expenses is GRANTED.  It is further **ORDERED** that Compensation and Reimbursement requested by the Application for Compensation and Reimbursement of Expenses of Attorneys for Debtor be and is hereby APPROVED, and Compensation of $500.00 is hereby awarded to Attorneys for Debtor as an administrative expense claim.  The Chapter 13 Trustee is hereby authorized to distribute $500.00 to NEWMAN WILLIAMS, P.C.

Dated: 7/23/24

                                                      Hon. Patricia M. Mayer
                                                      U.S. Bankruptcy Court